■ In the Matter of COLIN A. MOORE, a Suspended Attorney. [763 NYS2d 747] —Reinstatement denied. No opinion. Concur—Nardelli, J.P., Sullivan, Ellerin, Lerner and Gonzalez, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. LAUREL TURK-BOROWICK, Admitted on March 11, 1981, at a Term of the Appellate Division, Second Department. [763 NYS2d 747] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 257 AD2d 127.]